JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TAREK AL HALABI,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEJANDRO MAYORKAS, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>  Defendants. | No. 8:23-cv-01013-DOC-DFM<br><br>**ORDER RE:**<br>**JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION  [11]**<br><br>Honorable David O. Carter<br>United States District Judge |

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that the instant action shall be stayed until November 19, 2024.

Dated: August 4, 2023

*/s/ David O. Carter*
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE